UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| KRYSTLE LANHAM, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 2:23-cv-139-MJD |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| | ) | |
| *Defendant*. | ) | |

## **JUDGMENT**

Pursuant to and consistent with the Memorandum and Order filed herewith: (1) Plaintiff's request for relief [Doc. 13; Doc. 14] is **DENIED**; (2) the Commissioner's request that the decision denying benefits be affirmed [Doc. 16] is **GRANTED**; and (3) this action is **DISMISSED**.

/s/ *LeAnna R. Wilson*
LeAnna R. Wilson
CLERK OF COURT